PROB 12A
(Rev.5/2011)

# United States District Court
for
## Middle District of Tennessee

### Report on Offender Under Supervision

Name of Offender: Scott Aldridge     Case Number: 3:07-00028

Name of Sentencing Judicial Officer: The Honorable Todd J. Campbell, U.S. District Judge

Date of Original Sentence: June 29, 2007

Original Offense: 21 U.S.C. § 846 Conspiracy to Distribute and Possession With Intent to Distribute Over 100 Kilograms of Marijuana and Possession With Intent to Distribute Over 100 Kilograms of Marijuana

Original Sentence: 60 months' custody followed by 4 years' supervised release

Type of Supervision: Supervised Release     Date Supervision Commenced: May 13, 2011

Assistant U.S. Attorney: Unassigned     Defense Attorney: Jack D. Lowery

---

**THE COURT ORDERS:**

☒ No Action at this time
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

Considered this 27 day of Feb, 2014, and made a part of the records in the above case.

Eric Illarmo
U.S. Probation Officer

Todd J. Campbell
U.S. District Judge

Place   Nashville, Tennessee

Date    February 26, 2014

## ALLEGED VIOLATIONS

The probation officer believes that the defendant has violated the following condition(s) of supervision:

Violation No.    Nature of Noncompliance

1.    **The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernailia related to such substances, except as prescribed by a physician.**

On February 7, 2014, the defendant submitted a urine sample which tested positive for marijuana. He admitted to using the substance one day prior to the test.

**Compliance with Supervision Conditions and Prior Interventions:**
Mr. Scott Aldridge began his term of supervised release on May 13, 2011, and is currently scheduled to complete his term on May 12, 2015. He is currently employed by Ragghianti Contractors.

On February 7, 2014, the defendant submitted a urine sample which tested positive for marijuana, as reported above. He has been referred to Centerstone Mental Health for a substance abuse assessment and any recommended treatment.

**Update of Offender Characteristics:**
There is no additional information relevant to this section that has not already been provided in this petition.

**U.S. Probation Officer Recommendation:**
It is recommended that the defendant be continued on probation with no further action taken. This matter has been reported to a representative of the U.S. Attorney's Office, who concurs with the recommendation.

Approved: _____
Britton Shelton
Supervisory U.S. Probation Officer