UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:07-00028 |
| | ) | JUDGE CAMPBELL |
| SCOTT ALDRIDGE | ) | |

## ORDER

The Court held a hearing on September 19, 2014.

The hearing on the Petition (Docket No. 50) alleging violations of Defendant's Conditions of Supervision was continued to October 8, 2014, at 9:00 a.m. The Government's Motion to Dismiss Violations (Docket No. 62) is taken under advisement pending the hearing or further filings by the parties.

The Defendant withdrew his request (Docket No. 63) to associate with Misty Sanderson. The Defendant is subject to the Standard Conditions of Supervision (Docket No. 47, page 3), which include a prohibition to "not associate with any person convicted of a felony."

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE