UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:07-00028 |
| | ) | JUDGE CAMPBELL |
| SCOTT ALDRIDGE | ) | |

## ORDER

Pending before the Court is a Petition (Docket No. 50) alleging violations of Conditions of Supervised Release. The Court held a hearing on October 8, 2014.

The Court found that the Government did not prove by a preponderance of the evidence alleged in Violation No. 1 regarding domestic assault and Defendant is discharged as to such violation.

The Court also found, based on the Defendant's admission and the entire record, that Defendant committed Violation No. 2. Specifically, Defendant associated with felon Misty Sanderson in violation of Standard Condition of Supervision No. 9: "the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer."

The Defendant was sentenced as follows:

1. Defendant's term of Supervised Release is extended twelve (12) months to expire on May 13, 2016.

2. Defendant shall not associate with Misty Sanderson.

3. Defendant shall have no direct contact with Crystal Swagler. Any child visitation of Nicholas Aldridge shall be arranged though a third-party. Defendant shall not respond to any telephone calls or text messages from Crystal Swagler unless it is an emergency situation.

All other Conditions of Supervision in the original Judgment (Docket No. 47) filed on June 29, 2007, remain unchanged and still apply.

The Government's Motion to Dismiss Violations (Docket No. 62) is DENIED.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE